No. 399. MORRISON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *William Rosenberger, Jr., W. Graham Claytor, Jr.* and *Robert L. Randall* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 400. HUKE, ADMINISTRATRIX, *v.* THE ANCILLA DOMINI SISTERS, AN INDIANA CORPORATION. C. A. 7th Cir. Certiorari denied. *Dominic P. Sevald* for petitioner. *Lester F. Murphy* for respondent

No. 401. CALIFORNIA *v.* DICKENSON. Appellate Department, Superior Court of California, County of San Diego. Certiorari denied. *Aaron W. Reese* and *Frederick B. Holoboff* for petitioner.

No. 402. BROOKS ET AL. *v.* SCHOOL DISTRICT OF THE CITY OF MOBERLY, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied. *Robert L. Carter* for petitioners. *Arthur M. O'Keefe* for respondents.

No. 411. BALDWIN-LIMA-HAMILTON CORP. ET AL. *v.* TATNALL MEASURING SYSTEMS CO. ET AL. C. A. 3d Cir. Certiorari denied. *Arthur Littleton* and *Walter J. Blenko* for petitioners. *Joseph W. Swain, Jr.* and *Dexter N. Shaw* for respondents.

No. 412. BADON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Guy Johnson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.